# United States District Court
## Western District of North Carolina
### Charlotte Division

| | | |
|---|---|---|
| W. Andrew Leliever, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:13-cv-00204 |
| | ) | |
| vs. | ) | |
| | ) | |
| James T. Ward, Trustee for | ) | |
| Matthew Alan Jenkins, et al | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come from the court  and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5/6/2013 Order.

July 2, 2013

*Frank G. John*

Frank G. Johns, Clerk
United States District Court